# *Exhibit 1*

# *Fully Redacted*