# *Exhibit 2*

# *Fully Redacted*