# *Exhibit 3*

# *Fully Redacted*