# *Exhibit 4*

# *Fully Redacted*