# *Exhibit 5*

# *Fully Redacted*