# *Exhibit 6*

# *Fully Redacted*