# *Exhibit 7*

# *Fully Redacted*