# *Exhibit 8*

# *Fully Redacted*