# *Exhibit 9*

# *Fully Redacted*