# ***Exhibit 10***

# ***Fully Redacted***