# *Exhibit 11*

# *Fully Redacted*