# *Exhibit 12*

# *Fully Redacted*