# *Exhibit 13*

# *Fully Redacted*